# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LARRY J. STEELE, AIS 149935, | ) ) |
| Petitioner, | ) ) ) |
| vs. | ) ) Civil Action No. 11-0044-KD-C |
| TONY PATTERSON, | ) ) ) |
| Respondent. | ) ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the supplemental recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 24, 2011, is **ADOPTED** as the opinion of this Court.

**DONE** this 29th day of September, 2011.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**