IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LARRY J. STEELE,<br>AIS 149935, | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| vs. | ) | Civil Action No. 11-0044-KD-C |
| | ) | |
| TONY PATTERSON, | ) | |
| | ) | |
| **Respondent.** | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED,**

**ADJUDGED**, and **DECREED** that this Court is procedurally barred from reaching the

merits of Steele's claims raised in the instant habeas corpus petition and, alternatively,

with respect to his ineffective-assistance-of-counsel claims, that petitioner's rights were

not violated in this cause such that his request for habeas corpus relief, pursuant to 28

U.S.C. § 2254, should be **DENIED**.

Steele is not entitled to a certificate of appealability and, therefore, he is not

entitled to appeal *in forma pauperis*.

**DONE** this 29th day of September, 2011.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE