IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY J. STEELE, AIS 149935, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) Civil Action No. 11-0044-KD-C ) |
| TONY PATTERSON, | ) ) |
| Respondent. | ) ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this Court is procedurally barred from reaching the merits of Steele's claims raised in the instant habeas corpus petition and, alternatively, with respect to his ineffective-assistance-of-counsel claims, that petitioner's rights were not violated in this cause such that his request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, should be **DENIED**.

Steele is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 29th day of September, 2011.

                                              s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**